TIMOTHY COURCHAINE
United States Attorney
District of Arizona

BRADLEY BAUGHER
Assistant U.S. Attorney
Arizona State Bar No. 032920
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: bradley.baugher@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 1 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>        vs.<br><br>1. Brayan Valles Bueno,<br>   (Counts 1-2)<br><br>2. Jorge Candelario Aispuro Velazquez,<br>   (Counts 2-3)<br><br>                Defendants. | No.  CR26-00401-PHX-SPL (JZB)<br><br>**REDACTED INDICTMENT**<br><br>VIO:   21 U.S.C. §§ 841(a)(1) and<br>       841(b)(1)(A)(vi)<br>       (Possession with Intent to Distribute<br>       Fentanyl)<br>       Count 1<br><br>       21 U.S.C. § 846<br>       (Conspiracy to Possess with Intent<br>       to Distribute Fentanyl)<br>       Count 2<br><br>       8 U.S.C. § 1326(a)<br>       (Reentry of Removed Alien)<br>       Count 3 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about April 9, 2026, in the District of Arizona, the defendant, BRAYAN VALLES BUENO, did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

### COUNT 2

Beginning at a time unknown, to on or about April 9, 2026, in the District of Arizona, BRAYAN DANIEL VALLES BUENO and JORGE CANDELARIO AISPURO VELAZQUEZ did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

All in violation of Title 21, United States Code, Section 846.

### COUNT 3

On or about April 9, 2026, at or near Phoenix, in the District of Arizona, the defendant JORGE CANDELARIO AISPURO VELAZQUEZ, an alien, was found in the United States after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 29, 2024, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

//
//
//
//
//
//
//
//
//

- 2 -

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: April 21, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


/s/

BRADLEY BAUGHER
Assistant U.S. Attorney

- 3 -